# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ANDREW FLOOD,<br><br>        PETITIONER<br><br>v.<br><br>PATRICIA BARNHART,<br><br>        RESPONDENT | CIVIL NO. 1:12-cv-174-DBH |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 2ND DAY OF NOVEMBER, 2012**

                                        /S/D. BROCK HORNBY
                                      **D. BROCK HORNBY**
                                      **UNITED STATES DISTRICT JUDGE**